Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br>  Plaintiff, <br><br> vs. <br><br> Shateh Tabatah, et al., <br><br>  Defendants. | CASE NO. 2:12-cv-01212-MCE-KJN <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS SHATEH TABATAH A/K/A SHAFEH THABAJAG, individually and d/b/a JJ FISH AND CHICKEN; and JJ FISH AND CHICJKEN WESMO, CORP., an unknown business entity d/b/a JJ FISH AND CHICKEN |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants SHATEH TABATAH A/K/A SHAFEH THABAJAG, individually and d/b/a JJ FISH AND CHICKEN; and JJ FISH AND CHICJKEN WESMO, CORP., an unknown business entity d/b/a JJ FISH AND CHICKEN, that the above-entitled action is hereby dismissed **without prejudice** against SHATEH TABATAH A/K/A SHAFEH THABAJAG, individually and d/b/a JJ FISH AND CHICKEN; and JJ FISH AND CHICJKEN WESMO, CORP., an unknown business entity d/b/a JJ FISH AND CHICKEN.

///

STIPULATION OF DISMISSAL
Case No.2:12-cv-01212-MCE-KJN
 PAGE 1

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by November 12, 2014, the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: _____

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: _____

**PERETZ & ASSOCIATES**
By: Emily Knoles, Esquire
Attorneys for Defendants
SHATEH TABATAH A/K/A SHAFEH THABAJAG, individually and d/b/a JJ FISH AND CHICKEN; and JJ FISH AND CHICJKEN WESMO, CORP., an unknown business entity d/b/a JJ FISH AND CHICKEN

## ORDER

**IT IS SO ORDERED**.

Dated: July 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT